THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| STRIDER CONSTRUCTION CO., INC., a Washington corporation,<br><br>                       Plaintiff,<br><br>      v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>                     Defendant. | No. 2:25-cv-00503-MJP<br><br>[~~PROPOSED~~] ORDER GRANTING STRIDER CONSTRUCTION CO., INC.'S UNOPPOSED MOTION TO STAY |

Before the Court is Plaintiff Strider Construction Co., Inc.'s Unopposed Motion to Stay. The Court has reviewed the following materials submitted by the parties:

1.    Plaintiff Strider Construction Co., Inc.'s Unopposed Motion to Stay;

2.    Declaration of Thomas M. Williams in Support of Plaintiff Strider Construction Co., Inc.'s Unopposed Motion to Stay, with exhibit,

AND HEREBY ORDERS THAT

[~~PROPOSED~~] ORDER GRANTING STRIDER
CONSTRUCTION CO., INC.'S UNOPPOSED MOTION TO
STAY - 1

**CASE NO. 2:25-CV-00503-MJP**

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010

1    Plaintiff's Motion to Stay is GRANTED.  This lawsuit is hereby stayed for 60 days or

2   until the resolution of the Underlying Lawsuit, whichever may come first. After 60 days, the

3   Parties must file a Joint Status Report informing the Court of the status of the Underlying

4   Lawsuit and may request that the stay be further extended.

5    DATED this 9th day of July, 2025.

6

7

8   _____
    MARSHA J. PECHMAN
9   UNITED STATES DISTRICT JUDGE

10

11  Presented by:

    HARPER | HAYES PLLC
12

13  By: s/ Thomas M. Williams
       Thomas M. Williams, WSBA No. 47654
14     Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER GRANTING STRIDER
CONSTRUCTION CO., INC.'S UNOPPOSED MOTION TO
STAY - 2

CASE NO. 2:25-CV-00503-MJP

HARPER | HAYES PLLC
1200 Fifth Avenue, Suite 1208
Seattle, Washington 98101
Telephone: 206-340-8010