IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
IN SEATTLE

| | |
|---|---|
| STRIDER CONSTRUCTION CO., INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurance company,<br><br>    Defendant. | No. 2:25-cv-00503-JHC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>**Clerk's Action Required**<br><br>**NOTE ON MOTION CALENDAR:**<br><br>**DECEMBER 11, 2025** |

### I. STIPULATION

Plaintiff Strider Construction Co., Inc. and Defendant Liberty Mutual Fire Insurance Company, by and through their respective attorneys, stipulate and agree that all claims in this matter are dismissed with prejudice, with the parties bearing their own costs and attorneys' fees.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1

**CASE NO. 2:25-CV-00503-JHC**

1  DATED this 11th day of December 2025.

2  HARPER | HAYES PLLC

3

4  By: s/ *Thomas M. Williams*
   Thomas M. Williams, WSBA No. 47654
   1200 Fifth Avenue, Suite 1208
5  Seattle, WA 98101
   (206) 340-8010
6  twilliams@harperhayes.com
   Attorneys for Plaintiff Strider Construction Co., Inc.

7  SOHA & LANG, P.S.

8

9  By: s/ *Paul Rosner*
   Paul Rosner, WSBA No. 37146
10  1325 Fourth Avenue, Suite 940
   Seattle, WA 98101
11  (206) 624-1800
   rosner@sohalang.com
12  Attorneys for Defendant Liberty Mutual Fire
   Insurance Company

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 2

**CASE NO. 2:25-CV-00503-JHC**

## II. ORDER

Based on the above Stipulation, the Court ORDERS that this matter be dismissed with prejudice and without any award of costs or attorney's fees.

DATED this 11th day of December, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 3

**CASE NO. 2:25-CV-00503-JHC**